## The Wallace.[1]

### Comfort v. The Wallace.

*(District Court, E. D. New York.   November 9, 1887.)*

PILOTS — NEGLIGENCE — SWASH CHANNEL — SHIP TOUCHING BOTTOM — ICE IN
MAIN CHANNEL.
   Libelant, a pilot, took a ship to sea through the Swash Channel.   On the
passage she touched bottom, and damaged her keel, and in this action by the
pilot for his pilotage fees the vessel set up the said damage, and alleged it to
have been caused by the pilot's negligence.   The evidence showed that the
vessel was in the channel, the depth of water in which exceeded her draught,
when she encountered a heavy and unusual wave, which lifted her, and caused
her to strike; that the reason of her not taking the main channel was the
presence in the latter of ice; and that libelant, before starting, had been
warned by the owner not to take the ship through ice.   *Held*, that no negli-
gence on the part of the pilot was shown, and that he was entitled to his pilot-
age fees.

*Carpenter & Mosher*, for libelant.
*Wing, Shoudy & Putnam*, for claimant.

BENEDICT, J.   This is an action by a pilot to recover his pilotage for
taking to sea the ship Wallace, in February, 1885.   The pilot took the
ship through the Swash Channel, and, while passing through the chan-
nel, the ship touched the bottom, and damaged her false keel to the ex-
tent of about $200.   The defense set up is that "the libelant, in whose
sole charge the boat was, directed her course through the Swash Chan-
nel in so negligent and improper a manner as to cause her to touch bot-
tom."   The negligence here charged is not keeping the vessel in the
channel while proceeding through the Swash.   This charge is wholly
unsupported by evidence.   The negligence contended for in the brief of
the claimant is in "attempting to take the ship through the Swash Chan-
nel."   The answer does not permit such a contention, but, if it did, the
contention must fail.   It is proved that the Swash Channel, although
narrower than the Main Channel, has the deeper water, and is constantly
used by vessels coming to and departing from New York; that, when
this ship went through, the depth of water exceeded her draught; that
the cause of the ship's touching bottom was a heavy and unusual wave,
which was encountered while in the channel, by which the ship was
lifted so as to cause her to strike bottom; that when the pilot reached
the Swash Channel there were large quantities of ice in the Main Chan-
nel, and before starting the pilot had been warned by the owner not to
take the ship through the ice, because her bottom was of soft wood.
These circumstances relieve the pilot of the charge of negligence.   At-
tempting to take the Swash Channel under any circumstances is not to
be held negligence, and I am not willing so to hold.
   The libelant must have a decree for the amount of his pilotage, with
interest and costs.

[1] Reported by Edward G. Benedict, Esq., of the New York bar.